UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br>vs.<br><br>TYLER JONES,<br><br>        Defendant/Judgment Debtor,<br><br>and<br><br>HUTMACHER UNIVERS QA, LLC,<br>                               Garnishee. | NO. MC14-5011BHS<br><br>(3:08-CR-0027-1)<br><br>[PROPOSED]<br><br>ORDER TO ISSUE A WRIT OF CONTINUING GARNISHMENT FOR WAGES |

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment for Wages due and owing to the Defendant/Judgment Debtor, Tyler Jones, from Hutmacher Univers QA, LLC, the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Hutmacher Univers QA, LLC, whose address is Hutmacher Univers QA, LLC, Touluse Petite Kitchen & Lounge #4753, 601 Queen Anne Ave. North, Seattle, WA 98119.

//

ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT FOR WAGES

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

1  DATED this \_\_11\_\_ day of \_\_June_____, 2014.

*[signature]*
UNITED STATES DISTRICT COURT JUDGE

Presented by:

*[signature]*
KERRY J. KEEFE, WSBA #17204
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4067
E-mail: kerry.keefe@usdoj.gov

ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT FOR WAGES

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970