The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TYLER JONES,<br><br>Defendant/Judgment Debtor,<br><br>and<br><br>HUTMACHER UNIVERS QA, LLC,<br><br>Garnishee. | NO. MS14-5011 BHS<br><br>(3:08-CR-0027-1)<br><br>**ORDER TERMINATING GARNISHMENT PROCEEDING WITHOUT PREJUDICE** |

This matter having come on duly and regularly to be heard pursuant to the United States' Application to Terminate Garnishment Proceeding Without Prejudice, and the Court being fully advised that the United States requests that this Garnishment be quashed and terminated, pursuant to 28 U.S.C. Section 3205(c)(10)(B).

IT IS ORDERED that the Garnishment is terminated and that the Garnishee, Hutmacher Univers QA, LLC, is relieved of further responsibility pursuant to this garnishment.

DATED this \_\_1\_\_ day of August, 2014.

_____
BENJAMIN H. SETTLE
UNITED STATES DISTRICT COURT JUDGE

Presented by:

/s/ Kerry J. Keefe
KERRY J. KEEFE
Assistant United States Attorney

[PROPOSED] ORDER TERMINATING GARNISHMENT PROCEEDING
WITHOUT PREJUDICE

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970